## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| **MARQUIS CANTRELL CLAYTON,** | ) | |
| **AIS#303884** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) **CIVIL ACTION NO. 1:20-CV-00291-JB-MU** | |
| | ) | |
| **ALFIE PACHECO, et al.,** | ) | |
| **Defendants** | ) | |
| | ) | |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Perry Davis, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Perry Davis, and I am presently employed as a Correctional Lieutenant by the Department of Corrections, at Fountain Correctional Facility. I am over twenty-one (21) years of age.

I have read the complaint in the above referenced case. I make the following statement: On May 15, 2020, I, Correctional Lieutenant (then Sergeant), Perry Davis was assigned to Fountain Correctional Facility on the 2nd Shift. At approximately 5:00 p.m., I entered the Shift Office with inmate Clayton, Marquis B/303884. Lieutenant Pacheco informed inmate Clayton that due to inmate Clayton's previous negative behavior toward Officers, inmate Clayton would have to be placed in Restrictive Housing. Inmate Clayton complied. Inmate Clayton was escorted to the Health Care Unit for a medical assessment. On the way to Restrictive Housing inmate Clayton slipped out of his handcuff and tried to run down the hall. In the process of inmate Clayton slipping out of his cuffs, Lieutenant Pacheco was hit in the head. Inmate Clayton was trying to bite the Correctional Staff. I was instructed to administer a burst of Saber Red to inmate Clayton's facial area. Inmate Clayton was placed back into restraints and relocated to Restrictive Housing Unit-L, due to inmate Clayton's combative behavior. When inmate Clayton was placed back in restraints all force was stopped. At no time was excessive force used.

_____
Perry Davis, Correctional Lieutenant

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL
THIS _____30th_____ DAY OF _N̶o̶v̶e̶m̶b̶e̶r̶_, 2020.

_____
NOTARY PUBLIC

_____7-31-24_____
MY COMMISSION EXPIRES

MELANIE NELSON
NOTARY PUBLIC
ALABAMA STATE AT LARGE
COMM. EXP. 07/31/24