## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHER DISTRICT OF ALABAMA

| | |
|---|---|
| MARQUIS CANTRELL CLAYTON,<br>AIS#303884<br>Plaintiff, | )<br>)<br>)<br>) |
| vs. | )<br>) CIVIL ACTION NO. 1:20-CV-00291-JB-MU<br>) |
| ALFIE PACHECO, et al.,<br>Defendants | )<br>)<br>)<br>) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared James Foster, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is James Foster, and I am presently employed as a Correctional Officer by the Department of Corrections, at Fountain Correctional Facility. I am over twenty-one (21) years of age.

I have read the complaint in the above referenced case. I make the following statement: On May 16, 2020, I, CO James Foster, assisted with the escorting of inmate Marquis Clayton B/303884. I did not witness any excessive Use of Force given by Lieutenant Pacheco and Sergeant Davis. Inmate Clayton became very aggressive. He was bucking and kicking towards Lieutenant Pacheco, Sergeant Davis and myself. We used only the force that was necessary to restrain inmate Clayton to prevent harm to inmate Clayton and to ourselves. End of Statement.

_____
James Foster, Correctional Officer

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL
THIS ___4th___ DAY OF __November__ 2020.

_____
NOTARY PUBLIC

___7-31-24___
MY COMMISSION EXPIRES

MELANIE NELSON
NOTARY PUBLIC
ALABAMA STATE AT LARGE
COMM. EXP. 07/31/24