IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARQUIS CANTRELL CLAYTON,** AIS # 303884, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO.: 1:20-cv-00291-JB-MU |
| **ALFIE PACHECO, et al.,** | ) ) ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendants in this case, by and through the Defendants' undersigned counsel, and the Plaintiff, through counsel, Juan Ortega, respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein the parties represent that this matter has been fully resolved pursuant to the terms set forth in the Settlement Agreement and Release, which has been signed. The parties therefore seek a Court Order dismissing this case with prejudice with each party to bear his own costs and attorney's fees.

Respectfully submitted this the 13th day of November 2023.

/s/ Juan Ortega*
Juan Ortega
MORGAN & MORGAN
2 S Water St Ste 200
Mobile, AL 36602-3700
Telephone: (251) 319-6182
jcortega@forthepeople.com

*Counsel for the Plaintiff*

**\* WITH PERMISSION**

/s/ Tara S. Hetzel
Tara S. Hetzel
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Tara.Hetzel@AlabamaAG.gov

*Counsel for Defendants*